**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

C. D. E.C.

              Plaintiff,

v.                                      Case No.: 1:26–cv–06321

                                      Honorable Joan H. Lefkow

Markwayne Mullin

              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, June 2, 2026:

      MINUTE entry before the Honorable Joan H. Lefkow: Pursuant to the notice of voluntary dismissal [9], this case is dismissed without prejudice with each party to bear its own costs and fees. Status hearing date is stricken. Motions are terminated as moot. Civil case terminated. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.